No. 77–700. EVANS ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–702. AMREP CORP. ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77–703. SINCLAIR v. SPATOCCO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–704. GIBBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–711. MILLET v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–718. TOWNSEND v. NASSAU COUNTY MEDICAL CENTER ET AL. C. A. 2d Cir. Certiorari denied. 

No. 77–720. ROSNER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–735. ANZALONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77–756. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–775. MARCHAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77–797. LA MORDER v. LA MORDER. C. A. 5th Cir. Certiorari denied.

No. 77–807. PHELPS v. CHRISTISON, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 77–824. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.